Case 1:16-cv-01122-PLM-RSK   ECF No. 1 filed 09/12/16   PageID.1   Page 1 of 2

FILED - GR
September 12, 2016 3:34 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns  SCANNED BY: /mv/ 9-13-16

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

IMAM SAABIR ABDULLAH, ~~TAMI MORTON, SAAD ABDULLAH,~~
~~Amaya ABDULLAH, MAKAH ABDULLAH, SAMIR ABDULLAH,~~
~~KEYON MORTON, 701 Thomas~~ S.E. 701 Thomas S.E
Grand Rapids, MI, 49506
Plaintiff(s),

VS - Willim Heffron,
Islamic Center, Imam, assaulter,
President, and members — ED KOLAKOWSKI
1301 BURTON SE
Grand Rapids, MI 490
Defendant(s).

Case No.
Honorable

1:16-cv-1122
Paul L. Maloney
United States District Judge

---

Assault and Violation of Freedom of Speech and Shariah Law Crimes.

9-12-2016

---

Kent County Sheriff Department
Lawerarce A. Stelma — Sheriff
& Partners.

ED KOLAKOWSKI ~~Croon Plus~~

16-145156

## Order

Arrest - I serve. Today.

Federal Human rights violation guidelines, all properties and persons owned and operated by each entity, coorperation, pers or Citizen of THE UNITED STATES OF AMERIC BE transfered to IMAM SAABIR ABDULLAH and UMMAH (The ABDULLAH NATION) Immediately.

IMAM SAABIR ABDULLAH
701 Thomas S.E.
Grand Rapids, MI
49506