# 1

**KENT COUNTY SHERIFF DEPARTMENT**
Lawrence A. Stelma - Sheriff

701 Ball Avenue, N.E.
Grand Rapids, Michigan 49503
General Information: (616) 632-6100

*[handwritten notations]*
16-14515&

**ED KOLAKOWSKI**
Deputy Sheriff     Ed.Kolakowski@kentcountymi.gov

Incident # _____ _____ _____

LET US KNOW HOW WE ARE DOING
PLEASE TAKE OUR ONLINE SURVEY
www.accesskent.com/sheriffsurvey