**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

FILED - GR
September 19, 2016 11:35 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc  SCANNED BY: /s/ 9-20

IMAM SAABIR ABDULLAH
AKA SAADIR ABDULLAH
AKA Bobby Lee Webber Jr

Plaintiff(s),

Case No. 1:16-CV-1122
Honorable

v

Islamic Center West Michigan, Crowne Plaza Hotel, Assaulter, Presidents, Vice, Boardmembers and imbeciners,
5700 28th St. SE
Grand Rapids MI 49507
Defendant(s).

1301 BURTON SE.
Grand Rapids, MI 49501

Update Report

Delivered 20+ Summons personally to 1301 Burton S.E.
Sent 5 summons by US postal mail service to Crowne Plaza Hotel.

Recourse to Suit

GRPD - 16-77576

Imam Saabir Abdullah    9-19 2016