UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IMAM SAABIR ABDULLAH A/K/A BOBBY LEE WEBBER,<br>    Plaintiff,<br><br>-v-<br><br>ISLAMIC CENTER, ET AL.,<br>    Defendants. | No. 1:16-cv-1122<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 6), and pursuant to Fed. R. Civ. P. 58 and 28 U.S.C. § 1915(e)(2), **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:  September 23, 2016           /s/ Paul L. Maloney
                                    Paul L. Maloney
                                    United States District Judge

1